UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| United States of America, | Case No. 18-cr-0114 (WMW/HB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| Mario Martell Spencer (1) and Ahmed Osman Farah (2), | |
| Defendants. | |

---

This matter is before the Court on Defendant Ahmed Osman Farah's motion for a trial continuance. (Dkt. 171.) Farah seeks to exclude a period of up to 90 days, beginning April 24, 2019, from the Speedy Trial Act computations in this case.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendants in a speedy trial. This finding is based on the facts and arguments presented at the April 24, 2019 pretrial hearing and the facts set forth in Defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act. In particular, the Court finds that Farah's recently re-appointed counsel requires additional time to meet with Farah, investigate his case, and prepare for trial, including the opportunity to supplement Farah's pro se motions in limine and pro se responses to Plaintiff United States of America's previously filed motions in limine.

Based on the foregoing and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Defendant Ahmed Osman Farah's motion for a trial continuance, (Dkt. 171), is **GRANTED**.

2. This matter is now scheduled for trial beginning on **Monday, June 10, 2019**.

3. The time between April 24, 2019, and June 10, 2019, is excluded from the Speedy Trial Act computations in this case pursuant to 18 U.S.C. § 3161(h)(7)(A).

4. Defendant Ahmed Osman Farah shall file any supplemental motions in limine, responses to the motions in limine filed by Plaintiff United States of America, and requests to withdraw any previously filed pro se motions, no later than **Friday, May 10, 2019**.

5. The United States shall file any response to Farah's supplemental motions in limine no later than **Friday, May 17, 2019**.

Dated: April 29, 2019                                          s/Wilhelmina M. Wright
                                                                                Wilhelmina M. Wright
                                                                                United States District Judge